| | |
|---|---|
| ARTHUR GAYNOR, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. CV413-223 |
| ) | |
| STATE OF GEORGIA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which objections have been filed (Doc. 11). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2254 Petition is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.[1]

SO ORDERED this 13th day of March 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Petitioner's Motion for Case Status/Update is **DISMISSED AS MOOT**.