# United States District Court
## *Southern District of Georgia*

Arthur Gaynor Jr.

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV413-223

State of Georgia

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court Order dated March 13, 2015, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; dismissing Gaynor's 22254 petition. This action stands closed.



| March 13, 2915 | Scott L. Poff |
|---|---|
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |